## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LAURA LOOMER, | Civil No. 0:19-cv-02322-DSD-TNL |
| Plaintiff, | |
| v. | **NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| RASHIDA HARBI TLAIB, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendant's Motion to Dismiss will be heard on December 12, 2019 at 10:00 a.m. before the Honorable David S. Doty, Senior Judge of the United States District Court for the District of Minnesota, Courtroom 14W, United States District Court, District of Minnesota, 300 South Fourth Street, Minneapolis, Minnesota 55415.  Each side shall have 15 minutes for argument.

| | |
|---|---|
| Dated:  October 1, 2019 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | s/Charles N. Nauen |
| | Charles N. Nauen (#121216) |
| | David J. Zoll (#0330681) |
| | Rachel A. Kitze Collins (#0396555) |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401-2159 |
| | (612) 339-6900 |
| | cnnauen@locklaw.com |
| | djzoll@locklaw.com |
| | rakitzecollins@locklaw.com |
| | **ATTORNEYS FOR DEFENDANT RASHIDA HARBI TLAIB** |

542944.1