## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

Laura Loomer,　　　　　　　　　　　　　Civil No. 19-CV-2322 (DSD/TNL)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Rashida Harbi Tlaib,

　　　　Defendant.

---

TO:　　Plaintiff Laura Loomer, c/o Freedom Watch, Inc., 2020 Pennsylvania Avenue Northwest #345, Washington, DC 20006.

　　　　Defendant and Defendant's attorneys: Charles N. Nauen, David J. Zoll, and Rachel Ann Kitze Collins, Lockridge Grindal Nauen PLLP, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401.

　　　　On October 1, 2019, a Motion to Dismiss (ECF No. 7) was filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: October 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　　*s/Tony N. Leung*
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Tony N. Leung
　　　　　　　　　　　　　　　　　　　　　　　United States District Court