IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

LAURA LOOMER

    Plaintiff,

v.

RASHIDA HARBI TLAIB

    Defendants.

Case No: 19-cv-2322

*RECEIVED OCT 11 2019, CLERK, U.S. DISTRICT COURT, MINNEAPOLIS, MINNESOTA*

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff Laura Loomer ("Loomer") respectfully moves this the Clerk and this Court for entry of a default as to Rashida Harbi Tlaib. ("Tlaib"), in accordance with the provisions of Federal Rule of Civil Procedure ("FRCP") 55(b)(2) and in support shows the Clerk and this Court the following:

1. On August 22, 2019, Plaintiff Loomer filed in the U.S. District Court for the District of Minnesota a Complaint.

2. On September 11, 2019, a copy of this Complaint and a Summons in a Civil Action were served upon Defendant Tlaib located at 1628 Longworth HOB, Washington DC 20515. A copy of the Affidavit of Process Server is attached hereto as Exhibit 1 and is incorporated herein by reference.

3. Since being served on September 11, 2019, Defendant Joel Tlaib has failed to answer the Complaint substantively, only filing a frivolous and non-substantive Motion to Dismiss without any memorandum of law within the twenty-one (21) day period and has therefore defaulted.

*SCANNED OCT 15 2019 U.S. DISTRICT COURT MPLS*

1

4. Pursuant to the provisions of FRCP 55(b)(2), the Clerk and this Court are empowered to enter a default against Defendant Tlaib for relief sought by Plaintiff Loomer in her Complaint.

**Dated**: October 10, 2019                                  Respectfully submitted,

/s/ Laura Loomer /lk
LAURA LOOMER

*Of Counsel:*
Larry Klayman, Esq.
Freedom Watch, Inc.
2020 Pennsylvania Ave NW # 345
Washington, DC, 20006
Tel: 561-558-5536
Email: leklayman@gmail.com

Pro Hac Vice to Be Submitted

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via Federal Express to the clerk of the Court and served to all counsel of record at 100 Washington Avenue South, Suite 2200 Minneapolis, MN 55401-2159 via U.S. mail on October 10, 2019

/s/ Laura Loomer /lk
LAURA LOOMER