## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LAURA LOOMER,

        Plaintiff,

v.

RASHIDA HARBI TLAIB,

        Defendant.

Civil No. 0:19-cv-02322-DSD-TNL

**CERTIFICATE OF COMPLIANCE ON DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

I, Charles N. Nauen, certify that this brief complies with the type-volume limitation of D. Minn. L.R. 7.1(f) and with the type-size limit of D. Minn. L.R. 7.1(h). The brief has 412 words of type, font size 13 and was prepared using Microsoft Word, which includes all text, including headings, footnotes, and quotations in the word count.

Dated: October 17, 2019

LOCKRIDGE GRINDAL NAUEN P.L.L.P.


s/Charles N. Nauen
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Rachel A. Kitze Collins (#0396555)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
rakitzecollins@locklaw.com

**ATTORNEYS FOR DEFENDANT RASHIDA HARBI TLAIB**