# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LAURA LOOMER, | Civil No. 0:19-cv-02322-DSD-TNL |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** |
| RASHIDA HARBI TLAIB, | |
| Defendant. | |

Upon review of Plaintiff's Motion for Entry of Default [Dkt. 11] and Defendant's Response [Dkt. 12] and based upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Default is hereby DENIED.

Dated: _____          _____
                                                                Honorable David S. Doty
                                                                United States District Judge