

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

Warren E. Burger Federal
Building and U.S. Courthouse
316 North Robert Street,
Suite 100
St. Paul, MN  55101
(651) 848-1100

U.S. Courthouse
300 South Fourth Street
Suite 202
Minneapolis, MN 55415
(612) 664-5000

Gerald W. Heaney Federal
Building and U.S. Courthouse
and Customhouse
515 West First Street,
Suite 417
Duluth, MN 55802
(218) 529-3500

Edward J. Devitt U.S.
Courthouse and Federal
Building
118 South Mill Street,
Suite 212
Fergus Falls, MN  56537
(218) 739-5758

October 21, 2019


**Laura Loomer**
c/o Freedom Watch, Inc.
2020 Pennsylvania Ave NW #345
Washington, DC 20006

RE: Application for Entry of Default filed 10/11/2019, Docket #11

Dear Ms. Loomer:

After reviewing the docket in your case, the Application for Entry of Default (Docket Entry No. 11) is denied because defendant Rashida Harbi Tlaib has not failed to plead or otherwise defend as required by Federal Rule of Civil Procedure 55(a).

If you disagree with this decision, you may file a motion with the Court.

Sincerely,

**Kate M. Fogarty, Clerk**

By: lmb, Deputy Clerk