

**Charles N. Nauen**
cnnauen@locklaw.com
Phone: 612.339.6900

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

November 25, 2019

**VIA ECF**
The Honorable David S. Doty
Sr. U.S. District Judge
United States District Court
District of Minnesota
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *Loomer v. Tlaib*
             Civil No. 0:19-cv-02322-DSD-TNL

Dear Judge Doty:

    Defendant Rashida Tlaib, through undersigned counsel, respectfully submits this letter requesting an extension until Tuesday, December 3, 2019 to file her Reply in Support of Defendant's Motion to Dismiss. Defendant's Reply brief is currently due on November 27, 2019. However, Plaintiff's Response in Opposition to the Motion to Dismiss, which was due on November 21, 2019, was not received by Defendant's Counsel until 1:00 p.m. on Monday, November 25, 2019. Therefore, there is good cause under Federal Rule of Civil Procedure 6(b)(1)(a) for this brief extension in order to give Defendant a sufficient opportunity to analyze and respond to Plaintiff's brief. This extension will not interfere with the hearing on the Motion to Dismiss scheduled for December 12, 2019.

    Thank you.

                                              Very truly yours,

                                              LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                              s/Charles N. Nauen

                                              Charles N. Nauen

c:    Laura Loomer (via U.S. mail)