UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-2322(DSD/TNL)

Laura Loomer,

        Plaintiff,

v.

                                    **ORDER**

Rashida Harbi Tlaib,

        Defendant.

This matter if before the court upon defendant Rashida Harbi Tlaib's request for an extension of time in which to file a reply brief. The request follows plaintiff Laura Loomer's failure to timely file an opposition to Tlaib's motion to dismiss. Under the circumstances, the court agrees that an extension is appropriate.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The request for an extension [ECF No. 19] is granted; and

2. Defendant has until December 3, 2019, to file a reply in support of her motion to dismiss.

Dated: November 26, 2019        s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court