UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-2322(DSD/TNL)

Laura Loomer,

       Plaintiff,                               **ORDER**

v.

Rashida Harbi Tlaib,

       Defendant.

     This matter is before the court upon plaintiff Laura Loomer's request to appear telephonically with of counsel or to stay oral argument on defendant Rashida Harbi Tlaib's motion to dismiss. Loomer made this request just two days before oral argument on Tlaib's motion to dismiss was scheduled to be heard.

     Loomer argues that she should not be required to attend the hearing because she fears for her safety in Minnesota. She also argues that she has been unable to secure local counsel, which would allow her "of counsel" Larry Klayman to appear pro hac vice, because of unspecified conduct by Tlaib. She provides no credible basis for her beliefs and an insufficient basis for her late request. In reviewing the request, however, the court has determined that the parties' written submissions on the motion to dismiss are complete and thorough, and that oral argument is not necessary for the court to resolve the motion.

Accordingly, based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED that**:

1. Plaintiff's request to appear telephonically with of counselor to stay oral argument on defendant's motion to dismiss is denied;

2. The hearing on the motion to dismiss scheduled for December 12, 2019, at 10:00 a.m. is cancelled; and

3. The court will issue a ruling based on the parties' written submissions.

Dated:  December 11, 2019   /s David S. Doty  __
                                                David S. Doty, Judge
                                                United States District Court