# UNITED STATES DISTRICT COURT
## District of Minnesota

Laura Loomer,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.             Case Number: 19-cv-2322 DSD/TNL

Rashida Harbi Tlaib,

Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion to dismiss [ECF No. 7] is granted;

2. The Religious Freedom Restoration Act and Intentional Infliction of Emotional Distress claims are dismissed with prejudice; and

3. The assault and battery claims are dismissed without prejudice.

Date: 12/17/2019                          KATE M. FOGARTY, CLERK

                                                                     s/Cara Kreuziger
                                                    (By)   Cara Kreuziger, Deputy Clerk